**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :

SECURITIES AND EXCHANGE COMMISSION, :
                           Plaintiff,        :

                                        :

                -against-               :

                                        :

WG TRADING INVESTORS, L.P., WG       :
TRADING COMPANY, LIMITED             :
PARTNERSHIP, WESTRIDGE CAPITAL     :
MANAGEMENT, INC., PAUL GREENWOOD   :
and STEPHEN WALSH,
                        Defendant,

                -and-

ROBIN GREENWOOD AND JANET WALSH

                Relief Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**
**09 CV 1750 (GBD)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 5 2009

GEORGE B. DANIELS, District Judge:

       San Diego County Employees Retirement Association's Motion to Intervene, and to

modify the temporary restraining order with respect to its limited partnership interest, dated

March 25, 2009, is DENIED.

Dated: New York, New York
        April 13, 2009

                                    SO ORDERED:

                                    _____
                                    GEORGE B. DANIELS
                                    United States District Judge