```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -      ECF Case
COMMODITY FUTURES TRADING            :
COMMISSION,
                                     :    NOTICE OF MOTION
                     Plaintiff,
                                     :
         -against-
                                     :    No. 09 Civ. 1749 (GBD)
STEPHEN WALSH, PAUL GREENWOOD,
WESTRIDGE CAPITAL MANAGEMENT,        :
INC., WG TRADING INVESTORS, L.P.,
AND WGIA, LLC,                       :

                     Defendants,     :

         and                         :

WESTRIDGE CAPITAL MANAGEMENT         :
ENHANCEMENT FUNDS, INC., WG
TRADING COMPANY, L.P., WGI LLC,      :
K&L INVESTMENTS, and JANET WALSH,
                                     :
                     Relief Defendants.
                                     :
- - - - - - - - - - - - - - - - - -
SECURITIES AND EXCHANGE              :
COMMISSION,                               No. 09 Civ. 1750 (GBD)
                                     :
                     Plaintiff,
                                     :

         -against-                   :

                                     :
WG TRADING INVESTORS, LP, WG
TRADING COMPANY, LIMITED             :
PARTNERSHIP, WESTRIDGE CAPITAL
MANAGEMENT, INC., PAUL GREENWOOD,    :
and STEPHEN WALSH,
                                     :
                     Defendants,
                                     :
         and
                                     :
ROBIN GREENWOOD and JANET WALSH,
                                     :
                     Relief Defendants.
- - - - - - - - - - - - - - - - - - x
```

1

PLEASE TAKE NOTICE that upon the affidavit of John J. O'Donnell, dated July 31, 2009, and the accompanying memorandum of law, the United States moves to intervene in this case, pursuant to Rule 24(a) and (b) of the Federal Rules of Civil Procedure, and to stay discovery until the parallel criminal case, <u>United States</u> v. <u>Paul Greenwood and Stephen Walsh</u>, 09 Cr. 722 (MGC), is completed, and for such other relief as is just and proper.

Dated:   New York, New York
         July 31, 2009

                              Respectfully submitted,

                              LEV L. DASSIN
                              Acting U.S. Attorney

                    By:    /s/ John J. O'Donnell
                           JOHN J. O'DONNELL
                           Assistant U.S. Attorney
                           United States Attorney's Office
                           One Saint Andrew's Plaza
                           New York, New York 10007
                           Tel.: (212) 637-2490


To:  All Parties and Interested Parties Via ECF/CM