UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
COMMODITY FUTURES TRADING
COMMISSION,
                Plaintiff,

       -against-

STEPHEN WALSH, PAUL GREENWOOD,
WESTRIDGE CAPITAL MANAGEMENT, INC.,
WG TRADING INVESTORS, L.P., WGIA, LLC,

                Defendants,

WESTRIDGE CAPITAL MANAGEMENT
ENHANCEMENT FUNDS INC, WG TRADING
COMPANY, LP, WGI LLC, K&L
INVESTMENTS, and JANET WALSH,

                Relief Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,
       -against-

WG TRADING INVESTORS, L.P., WG
TRADING COMPANY, LIMITED
PARTNERSHIP, WESTRIDGE CAPITAL
MANAGEMENT, INC., PAUL GREENWOOD
and STEPHEN WALSH,
                Defendants,

       -and-

ROBIN GREENWOOD AND JANET WALSH,

                Relief Defendants.
------------------------------------x

ORDER

09 Civ. 01749 (GBD)

09 Civ. 01750 (GBD)

GEORGE B. DANIELS, DISTRICT JUDGE:

    The United States Attorney's' motion to intervene and to stay discovery in the above-

captioned cases, pending resolution of the parallel criminal case, United States v. Paul Greenwood and Stephen Walsh, No. 09 Cr. 722 (MGC), is granted.

Dated: New York, New York
August 6, 2009

SO ORDERED: AUG 1 0 2009

*George B. Daniels*
HON. GEORGE B. DANIELS
United States District Judge