UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

- against -

WG TRADING INVESTORS, L.P.,
WG TRADING LIMITED PARTNERSHIP,
WESTRIDGE CAPITAL MANAGEMENT, INC.
PAUL GREENWOOD AND STEPHEN WALSH,

           Defendants,

- and -

ROBIN GREENWOOD and JANET WALSH,

           Relief Defendants.
------------------------------------------------------------------x

No. 09 CV 1750 (GBD)

**NOTICE OF APPEAL**



Notice is hereby given that JANET WALSH, n/k/a JANET SCHABERG, putative relief defendant in the reference proceedings ("Schaberg"), hereby appeals to the United States Court of Appeals for the Second Circuit from the following orders and actions by the District Court:

(1) Order Granting Plaintiff's Motion for Statutory *Ex Parte* Restraining Order, for Expedited Discovery, and Order to Show Cause re: Preliminary Injunction, entered on February 25, 2009;

(2) Order referring Schaberg's Emergency Application for release of funds to the Court-appointed receiver, dated August 26, 2008, and filed August 28, 2009, and

(3) the District Court's repeated continuations of, and/or refusals to dissolve or

modify, the injunctions against Schaberg.

Dated: New York, New York
September 1, 2009

Respectfully submitted,

LAW OFFICES OF STEVEN L. KESSLER

By: _____
Steven L. Kessler
122 East 42nd Street, Suite 606
New York, New York 10168
(212) 661-1500

*Attorneys for putative Relief Defendant
Janet Schaberg f/k/a Janet Walsh*