UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

 - against -

STEPHEN WALSH, PAUL GREENWOOD,
WESTRIDGE CAPITAL MANAGEMENT, INC.,
WG TRADING INVESTORS, LP, and WGIA,
LLC,

      Defendants,

WESTRIDGE CAPITAL MANAGEMENT
ENHANCEMENT FUNDS INC., WG TRADING
COMPANY LP, WGI LLC, K&L
INVESTMENTS, and JANET WALSH,

      Relief Defendants.

Civil Action No. 09-CV-1749 (GBD)

---

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

 - against -

WG TRADING INVESTORS, LP, WG TRADING
COMPANY LIMITED PARTNERSHIP,
WESTRIDGE CAPITAL MANAGEMENT, INC.,
PAUL GREENWOOD, and STEPHEN WALSH,

      Defendants,

ROBIN GREENWOOD and JANET WALSH,

      Relief Defendants.

Civil Action No. 09-CV-1750 (GBD)

---

## STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys and upon the consent of Alexander Dawson Foundation and Alexander Dawson Inc., that, pursuant to Local Civil Rule 1.4, the law firm of Kirkland & Ellis LLP, with offices at 601 Lexington Avenue, New York, New York 10022, shall withdraw as attorney of record for interested parties Alexander Dawson Foundation and Alexander Dawson Inc. in the above-captioned matters, and, in its place, the law firm of MoloLamken LLP, with offices located at 540 Madison Avenue, New York, New York 10022, shall be substituted as attorney of record for Alexander Dawson Foundation and Alexander Dawson Inc. in the above-captioned matters.

Dated:  New York, New York
        May 20, 2011

KIRKLAND & ELLIS LLP

By: _____
    Joel A. Blanchet
    601 Lexington Avenue
    New York, New York 10022
    Telephone:  (212) 446-4800
    Facsimile:  (212) 446-4900
    Email:      joel.blanchet@kirkland.com

MOLOLAMKEN LLP

By: _____
    Steven Molo
    540 Madison Avenue
    New York, New York 10022
    Telephone:  (212) 607-8160
    Facsimile:  (212) 607-8161
    Email:      smolo@mololamken.com

SO ORDERED                                    **MAY 26 2011**

_____
United States District Judge
HON. GEORGE B. DANIELS

-2-