UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>STEPHEN WALSH, PAUL GREENWOOD, WESTRIDGE CAPITAL MANAGEMENT, INC., WG TRADING INVESTORS, LP, WGIA, LLC,<br><br>Defendants,<br><br>WESTRIDGE CAPITAL MANAGEMENT ENHANCEMENT FUNDS INC., WG TRADING COMPANY LP, WGI LLC, K&L INVESTMENTS, AND JANET WALSH,<br><br>Relief Defendants. | Civil Action No.: 09-CV-1749 (GBD) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>WG TRADING INVESTORS, L.P., WG TRADING COMPANY LIMITED PARTNERSHIP, WESTRIDGE CAPITAL MANAGEMENT, INC., PAUL GREENWOOD, and STEPHEN WALSH<br><br>Defendants,<br><br>ROBIN GREENWOOD and JANET WALSH<br><br>Relief Defendants. | Civil Action No.: 09-CV-1750 (GBD) |

**[░░░░░░░░] ORDER APPROVING SIXTH JOINT APPLICATION OF THE RECEIVER, FRANDZEL ROBINS BLOOM & CSATO, L.C., McKENNA LONG & ALDRIDGE LLP, ANTHONY & PARTNERS, LLC AND KILPATRICK TOWNSEND & STOCKTON LLP, FOR ALLOWANCE OF COMPENSATION AND**

## REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD JULY 1, 2011 THROUGH DECEMBER 31, 2011

WHEREAS, on February 25, 2009, the Securities and Exchange Commission filed a complaint alleging that Defendants WG Trading Investors, L.P., WG Trading Company Limited Partnership, Westridge Capital Management, Inc., Paul Greenwood, and Stephen Walsh had violated the federal securities laws by engaging in a fraudulent scheme to defraud investors ("SEC Action");

WHEREAS, on February 25, 2009, the Commodity Futures Trading Commission filed a complaint alleging that Stephen Walsh, Paul Greenwood, Westridge Capital Management, Inc., WG Trading Investors, LP, WGIA, LLC and Relief Defendants Westridge Capital Management Enhancement funds Inc., WG Trading Company LP, WGI LLC, and K&L Investments violated various provisions of the Commodity Exchange Act ("CFTC Action");

WHEREAS, by Order dated February 25, 2009, the Court appointed Robb Evans & Associates LLC as Receiver over the Defendants' assets in both the SEC Action and the CFTC Action to, among other things, preserve the *status quo*; ascertain the extent of commingling of funds between and among all of the Defendants; and make a recommendation as to the disposition of the investor funds (collectively "Orders");

WHEREAS, by the same Orders, the Court granted the Receiver the authority to take possession and control of the assets and property of the Defendants (including the authority to pay necessary business expenses); to engage persons to assist it in fulfilling its duties; and to develop a preliminary plan for the administration of the assets of the Receivership;

WHEREAS, between July 1, 2011 and December 31, 2011, the Receiver and his counsel incurred fees and costs in the following amounts, in order to fulfill the obligations arising from

the Court's Orders: (1) $75,153.80 for the Receiver's services and $29,064.56 to reimburse the Receiver for its out-of-pocket expenses; (2) $212,317.00 for the legal services of Frandzel and $9,646.53 to reimburse Frandzel for its out-of-pocket expenses; (3) $117,554.40 for the legal services of McKenna and $20,606.01 for its out-of-pocket expenses; (4) $581.85 for the legal services of Anthony and $2,688.45 for its out-of-pocket expenses; and (5) $591.30 for the legal services of Kilpatrick and $150.00 for its out-of-pocket expenses.

IT IS HEREBY ORDERED that:

(a) The amounts sought by the Receiver, Frandzel, McKenna, Anthony and Kilpatrick in total are hereby deemed reasonable, appropriate and are hereby approved;

(b) The Receiver is authorized to pay within 10 days from the entry of this Order the approved fees and expenses set forth above; and

(c) The Receiver, Frandzel, McKenna, Anthony and Kilpatrick are further authorized to submit additional applications for fees and expenses.

SO ORDERED

Dated: SEP 10 2012
New York, New York

*George B. Daniels*
The Honorable George B. Daniels
United States District Judge

HON. GEORGE B. DANIELS

1021431.1                                3