UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br> -against-<br><br>STEPHEN WALSH, PAUL GREENWOOD, WESTRIDGE CAPITAL MANAGEMENT, INC., WG TRADING INVESTORS, LP, WGIA, LLC,<br><br>    Defendants,<br><br>WESTRIDGE CAPITAL MANAGEMENT ENHANCEMENT FUNDS INC., WG TRADING COMPANY LP, WGI LLC, K&L INVESTMENTS, AND JANET WALSH,<br><br>    Relief Defendants. | Civil Action No.: 09-CV-1749 (GBD) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br> -against-<br><br>WG TRADING INVESTORS, L.P., WG TRADING COMPANY LIMITED PARTNERSHIP, WESTRIDGE CAPITAL MANAGEMENT, INC., PAUL GREENWOOD, and STEPHEN WALSH,<br><br>    Defendants,<br><br>ROBIN GREENWOOD and JANET WALSH,<br><br>    Relief Defendants. | Civil Action No.: 09-CV-1750 (GBD) |

**NOTICE OF FILING OF EIGHTH JOINT APPLICATION OF THE RECEIVER, FRANDZEL ROBINS BLOOM & CSATO, L.C., AND McKENNA LONG & ALDRIDGE LLP, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD JULY 1, 2012 THROUGH DECEMBER 31, 2012**

1170715.1                  1

**PLEASE TAKE NOTICE** that Robb Evans & Associates LLC ("Receiver"[1]) for the Westridge Entities[2] and the assets of Stephen Walsh ("Walsh"), Paul Greenwood ("Greenwood"), and Janet Walsh (J. Walsh"), and the counsel employed by the Receiver: Frandzel Robins Bloom & Csato, L.C. ("Frandzel"), and McKenna Long & Aldridge LLP ("McKenna"), will and hereby do move the Court for an order approving their Eighth Joint Application for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period of July 1, 2012 through December 31, 2012 ("Eighth Application"), and authorizing payment of (a) the fees and expenses of the Receiver, comprised of fees in the amount of $49,635.60 and reimbursement of expenses in the amount of $21,444.45; (b) fees in the amount of $120,533.50 and reimbursement of expenses in the amount of $6,609.70 incurred by Frandzel, and (c) fees in the amount of $56,537.55 and reimbursement of expenses in the amount of $7,788.18 incurred by McKenna.[3]

**PLEASE TAKE FURTHER NOTICE** that the Eighth Application is made in accordance with the Court's Orders dated February 25, 2009, appointing the Receiver, which require the Receiver to submit periodic requests for payment of reasonable compensation and actual out-of-pocket expenses incurred by the Receiver and all personnel hired by the Receiver, including counsel to the Receiver, and is based upon this Notice, the Eighth Application, the

---

[1] Reference to the Receiver in this Eighth Application means the Receiver, the Receiver's deputies, and its staff.

[2] For purposes of this Eighth Application, the "Westridge Entities" refers to Westridge Capital Management ("Westridge"), WG Trading Company LP ("WGTC"), WG Trading Investors, LP ("WGTI"), and business entities owned by or affiliated with them including Westridge Capital Management Enhancement Funds, Inc., K & L Investments, LLC, WGI LLC, WGTC Limited.

[3] Although the Receiver has been appointed over the Westridge Entities in both case Nos. 09-CV-1749 ("CFTC Action") and 09-CV-1750 ("SEC Action"), the amount of fees sought by the Receiver, Frandzel, and McKenna, in this Eighth Application represents the total amount of fees for services rendered in both cases during the Eighth Application Period.

accompanying memorandum of points and authorities and declarations of Brick Kane, Craig A. Welin, and Gary Owen Caris, upon the pleadings, records and files of this case of which the Receiver requests the Court take judicial notice, and upon all other further pleadings, oral and documentary evidence and argument of counsel as may be presented by the Receiver to the Court.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Eighth Application, exclusive of voluminous exhibits, is posted on the Receiver's website at:

http://www.robbevans.com/html/wgtrading.html

where it may be reviewed in its entirely.  Further, copies of this Eighth Application will be provided to any interested party upon receipt of a written request which may be sent to: Robb Evans & Associates LLC, 11450 Sheldon Street, Sun Valley, CA 91352-1121; Telephone:  (818) 768-8100; Facsimile:  (818) 768-8802.

Dated:  July 1, 2013.

     /s/ Craig A. Welin
Craig A. Welin, Esq.
Thomas S. Arthur,  Esq.
Admitted Pro Hac Vice in the United States District Court-Southern District of New York
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577
E-mail: tarthur@frandzel.com
E-mail: cwelin@frandzel.com
Co-Counsel for Receiver
Robb Evans & Associates LLC

*Intentional page break, signature block continues on page 4.*

-and-

Gary Owen Caris, Esq.
Lesley Anne Hawes, Esq.
Admitted Pro Hac Vice in the United States District Court-Southern District of New York
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071-3124
Telephone: (213) 688-1000
Facsimile: (213) 243-6330
E-mail: gcaris@mckennalong.com
E-mail: lhawes@mckennalong.com
Co-Counsel for Receiver
Robb Evans & Associates LLC

-and-

Christopher F. Graham, Esq.
MCKENNA LONG & ALDRIDGE LLP
230 Park Avenue, Suite 1700
New York, NY  10169
Telephone:  (212) 922-1800
Facsimile:  (212) 922-1819
E-mail:  cgraham@mckennalong.com
Co-Counsel for Receiver
Robb Evans & Associates LLC