07/12/2013 09:15    2122970777                KESSLER AND KESSLER                          PAGE 02/02



RECEIVED
JUL 1 2 2013
CHAMBERS OF
ANDREW J. PECK

THE LAW OFFICES OF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __7/12/13__

**STEVEN L. KESSLER**

July 12, 2013

**MEMO ENDORSED** 7/12/13

**VIA FACSIMILE**
The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

APPROVED
BY ECF

SO ORDERED: _____
Hon. Andrew Jay Peck
United States Magistrate Judge

Re: *Commodity Futures Trading Comm'n v. Walsh*, 09-CV-1749 (GBD)
    *Securities & Exchange Comm'n v. WG Trading*, 09-CV-1750 (GBD)

Dear Magistrate Judge Peck:

This office represents Ms. Janet Schaberg in the referenced matters.

As the Court may recall from the last court conference, we have been moving our offices during the past several weeks. Calling it a nightmare would be an understatement. We have, however, been attempting to keep things as normal as possible, despite inconveniences, such as not having our phone and fax systems fully in place until two days ago. In short, although we have tried to have the move not interfere with our work, that attempt has only been partially successful. Which leads to the following request. As Your Honor may know, our Reply papers are due today regarding Ms. Schaberg's motion for summary judgment. Remarkably, despite what I would call only three full days to work on the papers and respond to the hundreds of pages of documents submitted by the agencies, we are almost done. Our product would be best, however, if we could have until Tuesday to complete and file our papers. Oral argument on the motion has been set for August 6, giving the Court plenty of time to review the submissions despite the additional two days. And, as our Reply is the final submission before argument, there is no prejudice to the agencies by the brief extension. Accordingly, we respectfully request until Tuesday to submit our Reply.

Thank you.

Respectfully submitted,

*Steven L. Kessler*

Steven L. Kessler

SLK:rmaf
cc: Counsel *(by email)*

100 PARK AVENUE  34TH FLOOR  NEW YORK, NEW YORK 10017-5516  TEL: 212-661-1500  FAX: 212-297-0777
WWW.KESSLERONFORFEITURE.COM  E-mail: KESSLERONFORFEITURE@MSN.COM