UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> -against- <br><br> STEPHEN WALSH, PAUL GREENWOOD, WESTRIDGE CAPITAL MANAGEMENT, INC., WG TRADING INVESTORS, LP, WGIA, LLC, <br><br> Defendants, <br><br> WESTRIDGE CAPITAL MANAGEMENT ENHANCEMENT FUNDS INC., WG TRADING COMPANY LP, WGI LLC, K&L INVESTMENTS, AND JANET WALSH, <br><br> Relief Defendants. | Civil Action No.: 09-CV-1749 (GBD) <br><br>  |
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> -against- <br><br> WG TRADING INVESTORS, L.P., WG TRADING COMPANY LIMITED PARTNERSHIP, WESTRIDGE CAPITAL MANAGEMENT, INC., PAUL GREENWOOD, and STEPHEN WALSH <br><br> Defendants, <br><br> ROBIN GREENWOOD and JANET WALSH <br><br> Relief Defendants. | Civil Action No.: 09-CV-1750 (GBD) |

[~~~~~~~~~] ORDER GRANTING MOTION FOR ORDER APPROVING THIRD

DISTRIBUTION ON ALLOWED INVESTOR CLAIMS

1313197.2

The Court, having read and considered the Motion for Order Approving the Receiver's Proposed Third Distribution On Allowed Investor Claims (the "Motion") filed by Robb Evans & Associates LLC as Receiver of WG Trading Company, L.P., WG Trading Investors, L.P., and other related entities ("Receiver"), and all pleadings and papers filed by the Receiver in support thereof, having also read and considered the responses, opposition and objections, if any, and final reply papers, if any, filed in connection with the Motion, and having found that due and proper notice of the Motion was given to provide sufficient notice and an opportunity to be heard by the interested parties, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion and all relief sought therein is granted in its entirety;

2. Without limiting the generality of the foregoing:

A. Within 20 days from the date of this Order, the Receiver shall make an immediate *pro rata* third distribution in the total sum of $50,000,000 (the "Third Distribution") to the current investors of WG Trading Company, L.P. ("WGTC") and WG Trading Investors, L.P. ("WGTI") based on their allowed claims as previously approved by the Court pursuant to orders dated March 21, 2011 (SEC Action Dkt. No. 435 and CFTC Action Dkt. No. 468). The specific amounts to be distributed to each investor are set forth in Exhibit 1 to the declaration of Brick Kane (the "Kane Declaration") filed in support of the Motion, under the columns entitled "Current Distribution," and, in the case of the investors of Fund A of Westridge Capital Management Enhancement Funds Inc., in Exhibit 2 to the Kane Declaration under the columns entitled "Current Distribution;"

B. The claim of Kenneth J. Nodes ("Nodes") shall not be determined at this time, and the Receiver shall continue to withhold potential distributions to Nodes until further order of the Court pending the Receiver's further negotiations and investigation of said claim.

C. The claims of the trade and other creditors shall not be determined at this time, and the Receiver shall withhold the sum of $596,330 from the Third Distribution for potential

*Intentional page break, document continues on page 2.*

1313197.2                                                    1

distributions to the trade and other creditors pending the Receiver's completion of the claims verification and allowance process as provided in the "SO ORDERED" letter entered on October 8, 2013 as Docket No. 713 in the CFTC Action and as Docket No. 679 in the SEC Action, and subsequent order of the Court authorizing any such distributions.

Dated:

NOV 19 2013

_____
GEORGE B. DANIELS
United States District Judge

1313197.2

2