

April 13, 2018

Hon. George B. Daniels
United States District Judge
United States District Court - Southern
District of New York
500 Pearl Street, Room 630
New York, NY 10007

Re:  *Commodity Futures Trading Commission v. Stephen Walsh, etc., et al.*
     U.S. District Court, Southern District of New York, Case No. 09-CV-01749-GBD
     *Securities and Exchange Commission v. WG Trading Investors, L.P., etc., et al.*
     <u>U.S. District Court, Southern District of New York, Case No. 09-CV-01750-GBD</u>

Dear Judge Daniels:

We are lead counsel for Robb Evans & Associates LLC (the "Receiver"), the Receiver
pursuant to various Orders issued by Your Honor in connection with the above-referenced
matters.

We write to you at this time seeking Your Honor's approval for the Receiver to reduce the
purchase price for the sale of certain real property owned by Delaware Land Associates, L.P.
("DLA"), a Delaware limited partnership. Oriskany, Inc. ("Oriskany"), is the general partner
of DLA, and Walsh Greenwood & Company is the limited partner of DLA. Defendants
Stephen Walsh and Paul Greenwood are the general partners of Walsh Greenwood &
Company.

By way of background, on October 31, 2017, Your Honor approved a "So Ordered" letter
authorizing the Receiver to move forward with the sale of certain real property for the sum
of $514,000.00. For the Court's convenience, a true and correct copy of the "So Ordered"
letter (without the voluminous Purchase and Sale Agreement) pursuant to which Your
Honor approved the sale is attached hereto.

At this point, the buyer of the property, Richfield Funding, LLC (the "Buyer"), is in the
process of completing its due diligence in accordance with the Purchase and Sale
Agreement. The due diligence period expires on April 29, 2018. In connection with its due
diligence, the Buyer has discovered for the first time some additional issues which in its
mind, warrant a price reduction. First, there are a couple of additional pumping stations
which must be constructed when the first homes are built within the project, which will cost

**Frandzel Robins Bloom & Csato, L.C.**
Attorneys at Law

www.frandzel.com

**Los Angeles Office**
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427
Tel 323.852.1000  Fax 323.651.2577

**Fresno Office**
516 West Shaw, Suite 200
Fresno, CA 93704-2515
Tel 559.221.2591  Fax 559.221.2660



Hon. George B. Daniels, United States District Judge
United States District Court - Southern District of New York
April 13, 2018
Page 2

approximately an additional $700,000.00.  In addition, providing access to a nearby state
highway is likely to cost an additional $350,000.00, and finally, at the outset of the
construction for phase two of the project, a structure to cross the stream will need to be
installed which could run an additional $300,000.00.  Hence, the Buyer has identified an
additional $1,350,000.00 of expenses which were unknown to the Buyer at the time that it
entered into the Purchase and Sale Agreement and were recently discovered during the due
diligence process.  In addition, the Buyer has indicated that the storm water management
system designed for phase one of the project must be re-designed to address new Maryland
state law requirements, at a cost yet to be determined.

Under these circumstances, the Buyer has requested that the Receiver reduce the price by
$50,000 from $514,000.00 to $464,000.00.  The Receiver is willing to grant the price
reduction given the Buyer's discoveries during the due diligence process, and seeks the
Court's approval for the price reduction.  There is some urgency in obtaining the Court's
approval for the price reduction due to the fact that the due diligence period for the Buyer,
during which time the Buyer can opt out of the transaction, expires as noted above on April
29, 2018, and therefore, the Receiver requests that the Court review the Receiver's price
reduction request as soon as convenient for the Court.  Please note that assuming the price
reduction request is approved and the Buyer elects to proceed, the sale is currently scheduled
to close on May 21, 2018, with the Buyer having an extended closing date at its option of
June 20, 2018.

Under these circumstances, the Receiver respectfully requests that the Court "So Order" the
Receiver's price reduction request as set forth in this letter so that the Receiver and the
Buyer may proceed with the sale of the real property.

Respectfully submitted,

FRANDZEL ROBINS BLOOM & CSATO, L.C.

CRAIG A. WELIN
cwelin@frandzel.com

CAW:bw
Enclosure:  as stated

2877233.1   |   078410-0043



Hon. George B. Daniels, United States District Judge
United States District Court - Southern District of New York
April 13, 2018
Page 3


IT IS SO ORDERED:

_____, 2018                    _____
                                                 JUDGE GEORGE B. DANIELS
                                                 UNITED STATES DISTRICT JUDGE


Attachment

cc:      All parties on attached list (via email and/or regular mail)



Hon. George B. Daniels, United States District Judge
United States District Court - Southern District of New York
April 13, 2018
Page 4

**SERVICE LIST**

COMMODITY FUTURES TRADING COMMISSION v. STEPHEN WALSH, ETC.
USDC - SOUTHERN DISTRICT OF NEW YORK - CASE NO. 1:09-CV-01749 (GBD)

**Electronic Mail Notice List**

- **Nicholas Cule Adams**
  nadams@akingump.com,nymco@akingump.com,managing-clerk-2897@ecf.pacerpro.com,nick-adams-5331@ecf.pacerpro.com,ecf-2b0756c76ab5@ecf.pacerpro.com,AGSearch-Lit@akingump.com
- **Andrew Agati**
  aagati@hahnlaw.com,mgreco@hahnlaw.com
- **Thomas S. Arthur**
  tarthur@frandzel.com,efiling@frandzel.com
- **Brooke Erin Barber**
  brooke.barber@bipc.com
- **Rosanne C Baxter**
  rbaxter@bsfllp.com
- **Robert A. Bell , Jr**
  rabell@vorys.com
- **John C. Blessington**
  john.blessington@klgates.com
- **Ronald Gustav Blum**
  rblum@manatt.com,astaltari@manatt.com
- **John Macleod Bradham**
  jbradham@mazzeosong.com
- **James Erik Breitenbucher**
  jbreitenbucher@riddellwilliams.com,ctracy@Riddellwilliams.com,nsmithtripp@riddellwilliams.com,smiller@riddellwilliams.com,clusuegro@riddellwilliams.com,gskok@riddellwilliams.com
- **Jonmarc P. Buffa**
  jbuffa@cftc.gov
- **Manny Joseph Caixeiro**
  mcaixeiro@perkinscoie.com,new-york-docketing-1150@ecf.pacerpro.com,manny-caixeiro-0442@ecf.pacerpro.com,RBorowitz@perkinscoie.com,docketnyc@perkinscoie.com,nvargas@perkinscoie.com
- **James L. Carder**
  jpf@mcleodwitham.com
- **Gary Owen Caris**
  gcaris@diamondmccarthy.com,chris.o'meara@dentons.com,vgarcia@diamondmccarthy.com
- **Matthew W. Close**
  mclose@omm.com
- **Noel S. Cohen**
  ncohen@manatt.com

# FRANDZEL

Hon. George B. Daniels, United States District Judge
United States District Court - Southern District of New York
April 13, 2018
Page 5

- **Patrick T. Collins**
  pcollins@farrellfritz.com,courtnotifications@farrellfritz.com
- **Cooley LLP**
  wobrien@cooley.com
- **Jennifer Lynn Cummins**
  cumminsj@gtlaw.com,smithca@gtlaw.com
- **Ames Davis**
  ames.davis@wallerlaw.com,nancy.easterling@wallerlaw.com
- **Elizabeth Austin Edmondson**
  eedmondson@jenner.com,docketing@jenner.com
- **Steven E. Fineman**
  sfineman@lchb.com
- **John Paul Flynn**
  jflynn@wsgr.com,cjohnston@wsgr.com
- **Joseph D. Frank**
  jfrank@fgllp.com,ccarpenter@fgllp.com,jkleinman@fgllp.com,fgecker@fgllp.com
- **Joseph Nicholas Froehlich**
  jfroehlich@lockelord.com
- **Charles B. Gibbons**
  charles.gibbons@bipc.com,zakarij.thomas@bipc.com,steven.dewick@bipc.com
- **Christopher Francis Graham**
  cgraham@eckertseamans.com,jvargas@mckennalong.com
- **Peter Martin Haas**
  phaas@cftc.gov,jmanley@cftc.gov,phayeck@cftc.gov
- **Frederick Phillip Hafetz**
  fhafetz@hafetznecheles.com
- **Paul J. Hanly , Jr**
  phanly@simmonsfirm.com,abierstein@hanlyconroy.com,jlucena@simmonsfirm.com

- **Lesley Anne Hawes**
  lhawes@diamondmccarthy.com

- **Paul G. Hayeck**
  phayeck@cftc.gov
- **Hamish P.M. Hume**
  hhume@bsfllp.com,NYC_Managing_Clerk@bsfllp.com
- **Scott A. Humphries**
  shumphries@gibbsbruns.com,ssmith@gibbsbruns.com
- **Peter Bryan Katzman**
  pkatzman@mazzeosong.com,jbradham@mazzeosong.com
- **Alan Frederick Kaufman**
  akaufman@hinshawlaw.com,aking@hinshawlaw.com
- **Sarah Peck Kenney**
  sarah.kenney@klgates.com

# FRANDZEL

Hon. George B. Daniels, United States District Judge
United States District Court - Southern District of New York
April 13, 2018
Page 6


- **Steven Leigh Kessler**
  stevenkessler@msn.com
- **Kimberly Klein**
  kklein@mosessinger.com,agamza@mosessinger.com,stomacki@mosessinger.com,managingclerks_1
  @mosessinger.com
- **Stuart Austin Laven**
  slaven@cavitch.com
- **Tricia L. Legittino**
  tlegittino@frandzel.com,bwilson@frandzel.com,efiling@frandzel.com
- **Brian Kenneth Mahanna**
  bmahanna@zuckerman.com
- **David Joseph Mahoney**
  dmahoney@silvermanacampora.com
- **Michael J. Manzo**
  michael.manzo@bipc.com,phyllis.stock@bipc.com
- **David M. Marek**
  dmarek@liddlerobinson.com
- **Joel Maximino Melendez**
  jmelendez@mololamken.com
- **David John Michalski**
  djmichalski@hahnlaw.com
- **Joseph R. Miller**
  jrmiller@vorys.com
- **Keith William Miller**
  keithmiller@perkinscoie.com,new-york-docketing-
  1150@ecf.pacerpro.com,RBorowitz@perkinscoie.com,keith-miller-
  3820@ecf.pacerpro.com,Docketnyc@perkinscoie.com,nvargas@perkinscoie.com
- **David L. Mortensen**
  dlmortensen@stoel.com,sakamaya@stoel.com
- **Susan Rose Necheles**
  snecheles@hafetznecheles.com
- **Kenneth J. Nodes**
  dmarek@liddlerobinson.com
- **Christopher Patrick O'Connell**
  coconnell@pmcos.com
- **John Jay O'Donnell , Jr**
  John.ODonnell@hsf.com,wale.bakare@hsf.com
- **Kathy Dawn Patrick**
  kpatrick@gibbsbruns.com,jwalker@gibbsbruns.com
- **Shawn Patrick Regan**
  sregan@hunton.com
- **Michael D. Ricciuti**
  michael.ricciuti@klgates.com
- **Patrick L. Robson**
  probson@hunton.com

# FRANDZEL

Hon. George B. Daniels, United States District Judge
United States District Court - Southern District of New York
April 13, 2018
Page 7

- **Joseph Rosenberg**
  jrosenberg@cftc.gov
- **Michael W. Ross**
  mross@jenner.com,docketing@jenner.com
- **Abby Faith Rudzin**
  arudzin@omm.com
- **Joseph B. Schmit**
  jschmit@phillipslytle.com,sobrien@phillipslytle.com,rvaldez@phillipslytle.com
- **Robert L. Schnell**
  rschnell@faegre.com

- **Lon J. Seidman**
  lseidman@diamondmccarthy.com,nsullivan@diamondmccarthy.com,tpavalis@diamondmccarthy.com

- **Justin M. Sher**
  jsher@shertremonte.com,docket@shertremonte.com
- **Leif Thorsten Simonson**
  leif.simonson@kobrekim.com
- **Barry Ivan Slotnick**
  barry.slotnick@bipc.com
- **Robert W Sparkes , III**
  robert.sparkes@klgates.com,klgateseservice@klgates.com,beatriz.balmaceda@klgates.com
- **William F. Stute**
  wstute@cozen.com,jkuiper@cozen.com
- **Eric J. Taube**
  etaube@taubesummers.com,ajezisek@taubesummers.com,ssavala@taubesummers.com
- **The Timken Company Collective Investment Trust for Retirement Trusts**
  slaven@beneschlaw.com
- **Thomas Elliott Thornhill**
  tthornhill@herrick.com
- **Terry W. Tippens**
  ttippens@fellerssnider.com
- **Andrew E. Tomback**
  atomback@mwe.com
- **Jennifer L Weaver**
  jennifer.weaver@wallerlaw.com
- **Jed Matthew Weiss**
  jweiss@coleschotz.com,ssallie@coleschotz.com
- **Morris D. Weiss**
  morris.weiss@wallerlaw.com,sherri.savala@wallerlaw.com,annmarie.jezisek@wallerlaw.com
- **Craig A. Welin**
  cwelin@frandzel.com,bwilson@frandzel.com,efiling@frandzel.com



Hon. George B. Daniels, United States District Judge
United States District Court - Southern District of New York
April 13, 2018
Page 8


- **Philip A. Whistler**
  philip.whistler@icemiller.com,carla.persons@icemiller.com
- **Jeffrey Raymond Witham**
  jwitham@mmwf.com
- **David Mitchell Zensky**
  dzensky@akingump.com,david-zenksy-0435@ecf.pacerpro.com,nymco@akingump.com,managing-clerk-2897@ecf.pacerpro.com,AGSearch-Lit@akingump.com
- **Richard Ferdinand Ziegler**
  rziegler@jenner.com
- **Jeffrey David Zimon**
  jzimon@zimonlaw.com

**<u>Manual Notice List</u>**

**William J. Cahill**
W.J. Cahill & Associates, PC
24 South Holmdel Road, Suite 2C
Holmdel, NJ 07733

**Gavin W. Skok**
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

**Shaylor Steele**
Benesch Friedlander Coplan & Aronoff LLP
200 Public Square
Cleveland, OH 44114

**Jeffrey Scott Thompson**
Deputy Attorney General
Iowa Department of Justice
Des Moines, IA 50319



Hon. George B. Daniels, United States District Judge
United States District Court - Southern District of New York
April 13, 2018
Page 9

## SERVICE LIST

SECURITIES AND EXCHANGE COMMISSION v. WG TRADING INVESTORS, L.P., ETC.
USDC - SOUTHERN DISTRICT OF NEW YORK - CASE NO. 1:09-CV-01750 (GBD)

<u>Electronic Mail Notice List</u>

- **Nicholas Cule Adams**
  nadams@akingump.com,nymco@akingump.com,managing-clerk-2897@ecf.pacerpro.com,nick-adams-5331@ecf.pacerpro.com,ecf-2b0756c76ab5@ecf.pacerpro.com,AGSearch-Lit@akingump.com
- **Andrew Agati**
  aagati@hahnlaw.com,mgreco@hahnlaw.com
- **Thomas S. Arthur**
  tarthur@frandzel.com,efiling@frandzel.com
- **Brooke Erin Barber**
  brooke.barber@bipc.com
- **Rosanne C Baxter**
  rbaxter@bsfllp.com
- **Robert A. Bell , Jr**
  rabell@vorys.com
- **John C. Blessington**
  john.blessington@klgates.com
- **Ronald Gustav Blum**
  rblum@manatt.com,astaltari@manatt.com
- **John Macleod Bradham**
  jbradham@mazzeosong.com
- **Leonard Matthew Braman**
  lbraman@law.nyc.gov
- **Manny Joseph Caixeiro**
  mcaixeiro@perkinscoie.com,new-york-docketing-1150@ecf.pacerpro.com,manny-caixeiro-0442@ecf.pacerpro.com,RBorowitz@perkinscoie.com,docketnyc@perkinscoie.com,nvargas@perkinscoie.com
- **James L. Carder**
  jpf@mcleodwitham.com
- **Gary Owen Caris**
  gcaris@diamondmccarthy.com,chris.o'meara@dentons.com,vgarcia@diamondmccarthy.com
- **James A Clarkson**
  clarksonj@sec.gov
- **Matthew W. Close**
  mclose@omm.com
- **Noel S. Cohen**
  ncohen@manatt.com
- **Cooley LLP**
  wobrien@cooley.com

# FRANDZEL

Hon. George B. Daniels, United States District Judge
United States District Court - Southern District of New York
April 13, 2018
Page 10

- **Jennifer Lynn Cummins**
  cumminsj@gtlaw.com,smithca@gtlaw.com
- **Ames Davis**
  ames.davis@wallerlaw.com,nancy.easterling@wallerlaw.com
- **Joseph Patrick Dever , Jr**
  jdever@cozen.com,gburwa@cozen.com,ekim@cozen.com
- **Elizabeth Austin Edmondson**
  eedmondson@jenner.com,docketing@jenner.com
- **Steven E. Fineman**
  sfineman@lchb.com
- **Joseph D. Frank**
  jfrank@fgllp.com,ccarpenter@fgllp.com,jkleinman@fgllp.com,fgecker@fgllp.com
- **Charles B. Gibbons**
  charles.gibbons@bipc.com,zakarij.thomas@bipc.com,steven.dewick@bipc.com
- **Paul G. Gizzi**
  gizzip@sec.gov
- **Christopher Francis Graham**
  cgraham@eckertseamans.com,jvargas@mckennalong.com
- **Frederick Phillip Hafetz**
  fhafetz@hafetznecheles.com
- **Lesley Anne Hawes**
  lhawes@diamondmccarthy.com
- **Paul J. Hanly , Jr**
  phanly@simmonsfirm.com,abierstein@hanlyconroy.com,jlucena@simmonsfirm.com
- **Hamish P.M. Hume**
  hhume@bsfllp.com,NYC_Managing_Clerk@bsfllp.com
- **Scott A. Humphries**
  shumphries@gibbsbruns.com,ssmith@gibbsbruns.com
- **Peter Bryan Katzman**
  pkatzman@mazzeosong.com,jbradham@mazzeosong.com
- **Alan Frederick Kaufman**
  akaufman@hinshawlaw.com,aking@hinshawlaw.com
- **Sarah Peck Kenney**
  sarah.kenney@klgates.com
- **Steven Leigh Kessler**
  stevenkessler@msn.com
- **Kimberly Klein**
  kklein@mosessinger.com,agamza@mosessinger.com,stomacki@mosessinger.com,managingclerks_1
  @mosessinger.com
- **Stuart Austin Laven**
  slaven@cavitch.com
- **Tricia L. Legittino**
  tlegittino@frandzel.com,bwilson@frandzel.com,efiling@frandzel.com
- **Brian Kenneth Mahanna**
  bmahanna@zuckerman.com



Hon. George B. Daniels, United States District Judge
United States District Court - Southern District of New York
April 13, 2018
Page 11

- **David Joseph Mahoney**
  dmahoney@silvermanacampora.com
- **Michael J. Manzo**
  michael.manzo@bipc.com,phyllis.stock@bipc.com
- **Joel Maximino Melendez**
  jmelendez@mololamken.com
- **David John Michalski**
  djmichalski@hahnlaw.com
- **Joseph R. Miller**
  jrmiller@vorys.com
- **Keith William Miller**
  keithmiller@perkinscoie.com,new-york-docketing-
  1150@ecf.pacerpro.com,RBorowitz@perkinscoie.com,keith-miller-
  3820@ecf.pacerpro.com,Docketnyc@perkinscoie.com,nvargas@perkinscoie.com
- **David L. Mortensen**
  dlmortensen@stoel.com,sakamaya@stoel.com
- **Susan Rose Necheles**
  snecheles@hafetznecheles.com
- **Christopher Patrick O'Connell**
  coconnell@pmcos.com
- **John Jay O'Donnell , Jr**
  John.ODonnell@hsf.com,wale.bakare@hsf.com
- **Kathy Dawn Patrick**
  kpatrick@gibbsbruns.com,jwalker@gibbsbruns.com
- **Shawn Patrick Regan**
  sregan@hunton.com
- **Michael D. Ricciuti**
  michael.ricciuti@klgates.com
- **Patrick L. Robson**
  probson@hunton.com
- **Michael W. Ross**
  mross@jenner.com,docketing@jenner.com
- **Abby Faith Rudzin**
  arudzin@omm.com
- **Daniel Seth Ruzumna**
  druzumna@pbwt.com,mcolitigation@pbwt.com
- **Joseph B. Schmit**
  jschmit@phillipslytle.com,sobrien@phillipslytle.com,rvaldez@phillipslytle.com
- **Robert L. Schnell**
  rschnell@faegre.com
- **Lon J. Seidman**
  lseidman@diamondmccarthy.com,nsullivan@diamondmccarthy.com,tpavalis@diamondmccarthy.co
  m
- **Justin M. Sher**
  jsher@shertremonte.com,docket@shertremonte.com



Hon. George B. Daniels, United States District Judge
United States District Court - Southern District of New York
April 13, 2018
Page 12

- **Leif Thorsten Simonson**
  leif.simonson@kobrekim.com
- **Barry Ivan Slotnick**
  barry.slotnick@bipc.com
- **Thomas Peter Smith**
  smithth@sec.gov
- **Robert W Sparkes , III**
  robert.sparkes@klgates.com,klgateseservice@klgates.com,beatriz.balmaceda@klgates.com
- **William F. Stute**
  wstute@cozen.com,jkuiper@cozen.com
- **Eric J. Taube**
  etaube@taubesummers.com,ajezisek@taubesummers.com,ssavala@taubesummers.com
- **The Park Avenue Bank**
  jfeuerstein@kandfllp.com
- **The Timken Company Collective Investment Trust For Retirement Trusts**
  slaven@beneschlaw.com
- **Thomas Elliott Thornhill**
  tthornhill@herrick.com
- **Terry W. Tippens**
  ttippens@fellerssnider.com
- **Andrew E. Tomback**
  atomback@mwe.com
- **Jennifer L Weaver**
  jennifer.weaver@wallerlaw.com
- **Jed Matthew Weiss**
  jweiss@coleschotz.com,ssallie@coleschotz.com
- **Morris D. Weiss**
  morris.weiss@wallerlaw.com,sherri.savala@wallerlaw.com,annmarie.jezisek@wallerlaw.com
- **Craig A. Welin**
  cwelin@frandzel.com,bwilson@frandzel.com,efiling@frandzel.com
- **Philip A. Whistler**
  philip.whistler@icemiller.com,carla.persons@icemiller.com
- **Jeffrey Raymond Witham**
  jwitham@mmwf.com
- **David Mitchell Zensky**
  dzensky@akingump.com,david-zensky-0435@ecf.pacerpro.com,nymco@akingump.com,managing-clerk-2897@ecf.pacerpro.com,AGSearch-Lit@akingump.com
- **Richard Ferdinand Ziegler**
  rziegler@jenner.com



Hon. George B. Daniels, United States District Judge
United States District Court - Southern District of New York
April 13, 2018
Page 13


**Manual Notice List**

**William J. Cahill**
W.J. Cahill & Associates, PC
24 South Holmdel Road, Suite 2C
Holmdel, NJ 07733

**Gavin W. Skok**
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

**Jeffrey Scott Thompson**
Deputy Attorney General
Iowa Department of Justice
Des Moines, IA 50319