UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>   -against-<br><br>STEPHEN WALSH, PAUL GREENWOOD, WESTRIDGE CAPITAL MANAGEMENT, INC., WG TRADING INVESTORS, LP, WGIA, LLC,<br><br>                  Defendants,<br><br>WESTRIDGE CAPITAL MANAGEMENT ENHANCEMENT FUNDS INC., WG TRADING COMPANY LP, WGI LLC, K&L INVESTMENTS, AND JANET WALSH,<br><br>                 Relief Defendants. | Civil Action No.:  09-CV-1749 (GBD) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>   -against-<br><br>WG TRADING INVESTORS, L.P., WG TRADING COMPANY LIMITED PARTNERSHIP, WESTRIDGE CAPITAL MANAGEMENT, INC., PAUL GREENWOOD, and STEPHEN WALSH<br><br>                  Defendants,<br><br>ROBIN GREENWOOD and JANET WALSH<br><br>                 Relief Defendants. | Civil Action No.:  09-CV-1750 (GBD) |

**[PROPOSED] ORDER APPROVING TWENTY-FIRST JOINT APPLICATION OF THE RECEIVER, FRANDZEL ROBINS BLOOM & CSATO, L.C. AND BARNES & THORBURG LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD JANUARY 1, 2019 THROUGH DECEMBER 31, 2019**

WHEREAS, on February 25, 2009, the Securities and Exchange Commission filed a complaint alleging that Defendants WG Trading Investors, L.P., WG Trading Company Limited Partnership, Westridge Capital Management, Inc., Paul Greenwood, and Stephen Walsh had violated the federal securities laws by engaging in a fraudulent scheme to defraud investors ("SEC Action");

WHEREAS, on February 25, 2009, the Commodity Futures Trading Commission filed a complaint alleging that Stephen Walsh, Paul Greenwood, Westridge Capital Management, Inc., WG Trading Investors, LP, WGIA, LLC and Relief Defendants Westridge Capital Management Enhancement funds Inc., WG Trading Company LP, WGI LLC, and K&L Investments violated various provisions of the Commodity Exchange Act ("CFTC Action");

WHEREAS, by Order dated February 25, 2009 in the SEC Action, the Receiver was appointed to act as the receiver over WG Trading Investors, L.P. ("WGTI"), WG Trading Company, Limited Partnership ("WGTC"), and Westridge Capital Management, Inc. ("Westridge Capital").  The Receiver was made permanent receiver in the SEC Action by an Order of Preliminary Injunction entered on May 22, 2009.

WHEREAS, by Order dated February 25, 2009 in the CFTC Action, the Receiver was also appointed as the receiver over the assets of WGTI, Westridge Capital, Paul Greenwood ("Greenwood"), Stephen Walsh ("Walsh"), WGIA, LLC, WGTC, Westridge Capital Management Enhancement Fund, Inc., WGI, LLC, K&L Investments, and Janet Walsh.  The Receiver was made permanent receiver in the CFTC Action pursuant to an Order of Preliminary Injunction entered on May 22, 2009;

WHEREAS, by the SEC and/or CFTC Orders, the Court granted the Receiver the authority to take possession and control of the assets and property of the Defendants (including

the authority to pay necessary business expenses); to engage persons to assist it in fulfilling its duties; and to develop a preliminary plan for the administration of the assets of the Receivership;

WHEREAS, between January 1, 2019 and December 31, 2019, the Receiver and his counsel incurred fees and costs in the following amounts, in order to fulfill the obligations arising from the Court's Orders: (1) $14,408.10 for the Receiver's services and $22,558.79 to reimburse the Receiver for its out-of-pocket expenses; (2) $42,830.00 for the legal services of Frandzel and $3,149.82 to reimburse Frandzel for its out-of-pocket expenses; and $1,138.50 for legal services of Barnes & Thornburg LLP.

IT IS HEREBY ORDERED that:

(a) The amounts sought by the Receiver, Frandzel and Barnes in total are hereby deemed reasonable, appropriate and are hereby approved;

(b) The Receiver is authorized to pay within 10 days from the entry of this Order the approved fees and expenses set forth above; and

(c) The Receiver, Frandzel and Barnes are further authorized to submit additional applications for fees and expenses.

SO ORDERED

Dated: _____
New York, New York

_____
The Honorable George B. Daniels
United States District Judge