UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>               Plaintiff,<br><br>    -against-<br><br>STEPHEN WALSH, PAUL GREENWOOD, WESTRIDGE CAPITAL MANAGEMENT, INC., WG TRADING INVESTORS, LP, WGIA, LLC,<br><br>               Defendants,<br><br>WESTRIDGE CAPITAL MANAGEMENT ENHANCEMENT FUNDS INC., WG TRADING COMPANY LP, WGI LLC, K&L INVESTMENTS, AND JANET WALSH,<br><br>               Relief Defendants. | Civil Action No.: 09-CV-1749 (GBD) |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>    -against-<br><br>WG TRADING INVESTORS, L.P., WG TRADING COMPANY LIMITED PARTNERSHIP, WESTRIDGE CAPITAL MANAGEMENT, INC., PAUL GREENWOOD, and STEPHEN WALSH<br><br>               Defendants,<br><br>ROBIN GREENWOOD and JANET WALSH<br><br>               Relief Defendants. | Civil Action No.: 09-CV-1750 (GBD) |

[PROPOSED] ORDER GRANTING MOTION OF RECEIVER FOR ORDER APPROVING

FINAL DISTRIBUTION ON ALLOWED INVESTOR CLAIMS

The Court, having read and considered the Motion of Receiver for Order Approving Final Distribution on Allowed Investor Claims ("Motion") filed by Robb Evans & Associates LLC, as Receiver over WG Trading Company, L.P., WG Trading Investors, L.P., and other related entities and over the assets of various individuals ("Receiver"), and all pleadings and papers filed by the Receiver in support thereof, having also read and considered the responses, opposition and objections, if any, and final reply papers, if any, filed in connection with the Motion, and having found that due and proper notice of the Motion was given to provide sufficient notice and an opportunity to be heard by the interested parties, and good cause appearing therefor,

IT IS ORDERED that:

1.      The Motion and all relief sought therein is granted in its entirety;

2.      Within 20 days from the date of this Order, the Receiver shall make an immediate *pro rata* final distribution in the total sum of $28,753,540.67 ("Final Distribution") to the current investors of WG Trading Company, L.P. and WG Trading Investors, L.P. based on their allowed claims as previously approved by the Court pursuant to orders dated March 21, 2011 (SEC Action Dkt. No. 435 and CFTC Action Dkt. No. 468). The specific amounts to be distributed to each investor are set forth in Exhibit 1 to the declaration of Brick Kane ("Kane Declaration") filed in support of the Motion, under the column entitled "Proposed Final Distribution," and, in the case of the investors of Fund A of Westridge Capital Management Enhancement Funds Inc., in Exhibit 2 to the Kane Declaration under the column entitled "Proposed Final Distribution".


Dated:                                  _____
                                        GEORGE B. DANIELS
                                        United States District Judge