RECEIVED
SDNY PRO SE OFFICE
2021 MAY -3 PM 2: 15

PAUL R. GREENWOOD
212 TALL TREES DRIVE
PINEHURST, NC 28374
PRG@HUNTERPONIES.COM
910 303-2527

April 30, 2021

Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   SEC v. Paul Greenwood, et al.
      Civil Action Number: 09-cv-1750-GBD

Dear Judge Daniels:

On March 25, 2021, you signed a So-Ordered letter unfreezing various accounts. Two accounts at M & T Bank were listed. Unfortunately, two additional accounts at M & T Bank were not mentioned in the letter. These are:

    983 096 6413     Paul Greenwood
    984 194 4904     Robin B Greenwood & Paul R Greenwood

For completeness, I have attached a copy of the M & T Bank Account Summary where the four accounts are listed. I would appreciate greatly your unfreezing these two additional accounts.

Thank you for your consideration.

Sincerely,

Paul R. Greenwood, Pro Se



PR Greenwood
212 Tall Trees Drive
Pinehurst, NC 28374

CHARLOTTE NC 280
30 APR 2021 PM 5 L

USM p3
SDNY

RECEIVED
SDNY PRO SE OFFICE
2021 MAY -3 PH 2: 13

Pro Se Department
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007