PAUL R. GREENWOOD
212 TALL TREES DRIVE
PINEHURST, NC 28374
PRG@HUNTERPONIES.COM
910 303-2527

RECEIVED
SDNY PRO SE OFFICE

2021 MAY 11  AM 9: 41

May 5, 2021

Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007[i]

Re:   SEC v. Paul Greenwood, et al.
      Civil Action Number: 09-cv-1750-GBD

Dear Judge Daniels:

Reference is made to my letter (attached) to you dated April 30, 2021. M & T Bank has notified me that in addition to the two accounts mentioned in the April 30 letter, there are two additional accounts which are frozen. These are:

| | |
|---|---|
| 984 194 5117 | Greenwood Family Trust |
| 1500 421 486 2549 | Karen Greenwood and Robin B Greenwood |

I would appreciate greatly your unfreezing these two additional accounts.

Thank you for your consideration.

Sincerely,

*[signature: Paul R Greenwood]*

Paul R. Greenwood, Pro Se

PAUL R. GREENWOOD
212 TALL TREES DRIVE
PINEHURST, NC 28374
PRG@HUNTERPONIES.COM
910 303-2527

April 30, 2021

Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007[i]

Re:   SEC v. Paul Greenwood, et al.
      Civil Action Number:  09-cv-1750-GBD

Dear Judge Daniels:

On March 25, 2021, you signed a So-Ordered letter unfreezing various accounts. Two accounts at M & T Bank were listed. Unfortunately, two additional accounts at M & T Bank were not mentioned in the letter. These are:

    983 096 6413      Paul Greenwood
    984 194 4904      Robin B Greenwood & Paul R Greenwood

For completeness, I have attached a copy of the M & T Bank Account Summary where the four accounts are listed. I would appreciate greatly your unfreezing these two additional accounts.

Thank you for your consideration.

Sincerely,

*[signature: Paul R Greenwood]*

Paul R. Greenwood, Pro Se



# M&T Bank

Accounts | Payments and Transfers | Services | Settings and Support

## Account Summary

My Services

Change My View: Tiles

### ▼ CHECKING, SAVINGS, AND CDS

| | Total Balance | Available Balance |
|---|---|---|
| **Select Checking (6413)**<br>View Statements and Notices | $2,360.39 | $2,360.39 |
| **Select Checking with Interest (4904)**<br>View Statements and Notices | $14,011.63 | $14,011.63 |
| **Select Checking (5117)**<br>View Statements and Notices | $581.40 | $581.40 |
| **Market Advantage (2929)**<br>View Statements and Notices | $2,522.95 | $2,522.95 |
| **Relationship Savings (2995)**<br>View Statements and Notices | $1,706.90 | $1,706.90 |
| **Relationship Savings (2549)**<br>View Statements and Notices | $312.44 | $312.44 |
| **Total** | **$21,495.71** | **$21,495.71** |

PR Greenwood
212 Tall Trees Drive
Pinehurst, NC 28374

CHARLOTTE NC 282
05 MAY 2021 PM 1 L

RECEIVED
SDNY PRO SE OFFICE
2021 MAY 11 AM 9: 30

Pro Se Department
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

10007-130099