PAUL R. GREENWOOD
212 TALL TREES DRIVE
PINEHURST, NC 28374
PRG@HUNTERPONIES.COM
910 303-2527

RECEIVED
SDNY PRO SE OFFICE

2021 MAY 20  PM 2: 44

May 17, 2021

Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   SEC v. Paul Greenwood, et al.
      Civil Action Number: 09-cv-1750-GBD

Dear Judge Daniels:

On March 25, 2021, you signed a So-Ordered letter unfreezing various accounts at M & T Bank. M & T Bank has notified me that several additional accounts are frozen due to the Orders of Preliminary Injunction dated May 22, 2009. These are:

| | |
|---|---|
| 983 096 6413 | Paul Greenwood |
| 984 194 4904 | Robin B Greenwood & Paul R Greenwood |
| 984 194 5117 | Greenwood Family Trust |
| 1500 421 486 2549 | Karen Greenwood and Robin B Greenwood |

These accounts and any other accounts at M & T Bank can and should be unfrozen by approval of this so-ordered letter.

Respectfully submitted,

Paul R Greenwood

Paul R. Greenwood, Pro Se


IT IS SO ORDERED:

Date: _____      _____
                                            JUDGE GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE

CHARLOTTE NC 280
17 MAY 2021 PM 3 L

RECEIVED
SDNY PRO SE OFFICE

2021 MAY 20 PM 2: 37

Pro Se Department
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

10007-133059

PR Greenwood
212 Tall Trees Drive
Pinehurst, NC 28374