

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

June 17, 2021

*Via ECF*
Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *CFTC v. Walsh*, 09-cv-1749 (GBD)
    *SEC v. WG Trading Investors, L.P.*, 09-cv-1750 (GBD)

Dear Judge Daniels:

We are writing on behalf of the Commodity Futures Trading Commission ("CFTC") and the Securities and Exchange Commission ("SEC") in the above-captioned matters. On March 25, 2021, the Court entered an order (D.E. 948 in the SEC case and D.E. 976 in the CFTC case) granting the CFTC's and SEC's request to modify asset freezes contained in the Orders of Preliminary Injunction (D.E. 99 dated May 22, 2009 in the SEC case and D.E. 108, dated May 22, 2009 in the CFTC case) and to lift the freeze as to certain specified financial accounts belonging to Defendant Paul Greenwood and / or members of his family. Thereafter, on April 30 and May 5, Greenwood wrote to the Court in the SEC action to request that the freeze be lifted as to four additional accounts he had identified (D.E. 949-950), and sent a third letter on May 17 repeating the request to lift the freeze as to those four accounts (D.E. 951).

For the reasons stated in the CFTC's and SEC's joint letter that the Court so-ordered on March 25, we ask that the Court order that the asset freeze provisions from the Court's Orders of Preliminary Injunctions, as noted above, be terminated as to the additional accounts Greenwood has identified, and that the Court direct the financial institution that controls these accounts to unfreeze the accounts, and to give full access and control over these accounts to the account owners. The miscellaneous accounts referenced above can and should be unfrozen by the approval of this so-ordered letter.

Respectfully submitted,

___*/s/ A. Daniel Ullman II*___         ___*/s/ Paul G. Gizzi*___
A. Daniel Ullman II              Paul G. Gizzi
Commodity Futures Trading Commission    Securities and Exchange Commission

**IT IS SO ORDERED:**

Date: _____          _____
                    JUDGE GEORGE B. DANIELS
                    UNITED STATES DISTRICT JUDGE

Hon. George B. Daniels
June 17, 2021
Page | 2

cc:  All counsel of record (by ECF) and *pro se* defendant Paul Greenwood (by email)